IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GILBERTO GONZALEZ-GONZALEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | CRIM. ACT. NO. 1:21-cr-62-TFM-MU |
| vs. ) | CIV. ACT. NO. 1:23-cv-351-TFM-MU |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM OPINION AND ORDER**

On August 29, 2024, the Magistrate Judge entered a report and recommendation which recommends this petition brought pursuant to 28 U.S.C. § 2255 be dismissed without prejudice for failure to prosecute and to comply with the court's orders.  *See* Doc. 212.  No objections were filed.

Fed. R. Civ. P. 41(b) authorizes dismissal of a complaint for failure to prosecute or failure to comply with a court order or the federal rules.  *Gratton v. Great Am. Commc'ns*, 178 F.3d 1373, 1374 (11th Cir. 1999).  Further, such a dismissal may be done on motion of the defendant or *sua sponte* as an inherent power of the court.  *Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005).  "[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion."  *Vil v. Perimeter Mortg. Funding Corp.*, 715 F. App'x 912, 915 (quoting *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989)).  "[E]ven a non-lawyer should realize the peril to [his] case, when [he] . . . ignores numerous notices" and fails to comply with court orders.  *Anthony v. Marion Cty. Gen. Hosp.*, 617 F.2d 1164, 1169 (5th Cir. 1980); *see also Moon*, 863 F.2d at 837 (As a general rule, where a litigant has been forewarned, dismissal for failure to obey a court order is not an abuse of discretion.).  Therefore, the Court

finds it appropriate to exercise its "inherent power" to "dismiss [Plaintiff's claims] *sua sponte* for lack of prosecution." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); *see also Betty K Agencies, Ltd.*, 432 F.3d at 1337 (describing the judicial power to dismiss *sua sponte* for failure to comply with court orders).

Since the filing of his petition on December 4, 2023, Gilberto Gonzalez-Gonzalez has filed many items unrelated to this § 2255 petition. This includes a motion for relief pursuant to Amendment 821 (Docs. 199) and objections to the show cause order related to Amendment 821 (Doc. 206), and a motion related to his public defender (Doc. 209). However, despite the clear order from the Magistrate Judge of the requirement to amend his § 2255 motion, he failed to comply. Further, he did not object to the Report and Recommendation.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** and this petition brought pursuant to 28 U.S.C. § 2255 is **DISMISSED without prejudice** for failure to prosecute and obey the Court's orders. Additionally, the Court determines that Petitioner is not entitled to a Certificate of Appealability and therefore, is not entitled to appeal in forma pauperis.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 29th day of October, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE