# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GILBERTO GONZALEZ-GONZALEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | CRIM. ACT. NO. 1:21-cr-62-TFM-MU |
| vs. ) | CIV. ACT. NO. 1:23-cv-351-TFM-MU |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that the petition brought pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED without prejudice**. Further, the Court determines that Petitioner is not entitled to a Certificate of Appealability and is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 29th day of October, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE